# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BRUCE CHILDERS

VERSUS

LAUREL LAKE ESTATES
HOMEOWNERS ASSOCIATION, INC.

NO.   2022 CW 0665

**SEPTEMBER 12, 2022**

---

In Re:    Laurel  Lakes  Estates  Homeowners  Association,  Inc.,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 699089.

---

**BEFORE:    WELCH, PENZATO, AND LANIER, JJ.**

**WRIT GRANTED WITH ORDER.**  Louisiana Code of Civil Procedure
article 2128 provides that, after service of an appellant's
designation of the record on the appellee, the appellee "may
also designate in a writing filed with the trial court such
other portions of the record as he considers necessary."
Accordingly, we reverse the trial court's May 23, 2022 ruling
denying the motion to designate record on appeal filed by
relator, Laurel Lakes Estates Homeowners Association, Inc., and
grant the motion.  The trial court is hereby ordered to instruct
the clerk to prepare the record in accordance with Bruce
Childers' "Motion to Designate Record on Appeal" and Laurel
Lakes  Estates  Homeowners  Association,  Inc.'s.  "Motion  to
Designate Record on Appeal."

                              **JEW**
                              **AHP**
                              **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_a.Sn_

DEPUTY CLERK OF COURT
    FOR THE COURT